IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **UNDER SEAL** |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS FOSTER III | ) | Case No. 1:26-MJ-253 |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT & ARREST WARRANT**

I, Kelly McLeod, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION**

1. I have been employed as a Special Agent with the Federal Bureau of Investigation (FBI) since 2019, and I am currently assigned to the Washington Field Office's Child Exploitation and Human Trafficking Task Force. As a Special Agent, I investigate federal violations concerning kidnapping, child pornography, the sexual exploitation of children, human trafficking, and related offenses. I have gained experience through training and work related to conducting these types of investigations.

2. As a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized to execute warrants issued under the authority of the United States. Moreover, I am a federal law enforcement officer who is authorized to enforce federal criminal laws, including 18 U.S.C. §§ 2251, 2252, and 2252A.

3. The facts and information in this Affidavit are based upon information that I obtained during this investigation and information that has been provided to me by other law enforcement sources. Since this Affidavit is being submitted for the limited purpose of

establishing probable cause, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to support an arrest warrant and criminal complaint.

4. I submit this affidavit in support of a criminal complaint charging THOMAS FOSTER III with receipt and attempted receipt of material involving the sexual exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2)/(b)(1). Specifically, while residing in the Eastern District of Virginia, on or about October 17, 2024 and on or about October 26, 2024, FOSTER knowingly received and attempted to review material involving the sexual exploitation of minors via an internet-based peer-to-peer (P2P) program operating on the BitTorrent file sharing system.

## BITTORRENT FILE SHARING NETWORK

5. P2P file sharing is a method of communication available to Internet users through the use of special software. Computers linked together through the Internet using this software form a network that allows for the sharing of digital files between users on the network. These P2P networks are commonly referred to as decentralized networks because each user of the network is able to distribute information and queries directly through other users of the network, rather than relying on a central server to act as an indexing agent, where all of the information is first deposited before it is distributed. A user first obtains the P2P software, which can be downloaded from the Internet. In general, P2P software allows the user to set up files on a computer to be shared with others running compatible P2P software. However, only files that are specifically stored in shared folders are exchanged. Therefore, a user needs simply to move a file from one folder to another to stop the distribution across the Internet. Further, once a file or files are placed in a shared folder, its distribution is dependent only on the machine being turned on, the file sharing software being initiated, and the computer being connected to the Internet.

6. BitTorrent is one type of P2P file sharing software. Users of the BitTorrent network wishing to share new content will use a BitTorrent program to create a "torrent" file for the file or group of files they wish to share. A torrent file is a small file that contains information about those file(s) to be shared and provides a method for a user to download the file(s) referenced in the torrent from other BitTorrent users. Torrent files are typically found as the result of keyword searches on Internet sites that host or link to them. Torrent files may be referenced by their "infohash," which uniquely identifies the torrent based on the file(s) associated with the torrent file. To download file(s) from other users on the BitTorrent network, a user typically obtains a torrent file. The BitTorrent software processes the information in the torrent file and locates devices on the BitTorrent network sharing all or parts of the actual file(s) being sought. The download of the content referenced in the torrent is achieved after the requesting computer and the sharing computer(s) directly connect to each other through the Internet using the BitTorrent software.

7. The BitTorrent network bases all of its file shares on the Secure Hash Algorithm (SHA-1). The SHA-1 hash is the current Federal Information Processing and Digital Signature Algorithm. This mathematical algorithm allows for the digital fingerprinting of data. A torrent file is not the actual digital content but, instead, it defines the files to be shared as a series of contiguous pieces. The SHA-1 hash value for each "piece" of the torrent file is contained within the torrent file, as well as filenames, file sizes, and other data. Once you check a file or files with an SHA-1 hashing utility capable of generating this SHA-1 value (the fingerprint), that will be a fixed-length unique identifier for that file or files. The SHA-1 is secure because it is computationally infeasible for two files with different content to have the same SHA-1 hash value.

8. Once a needed piece is downloaded via the BitTorrent network, the SHA-1 hash value of that piece is checked against the value within the torrent file. As soon as a piece is downloaded and verified, the software makes that piece available to upload to other peers who need and request it. This means that a user can share pieces of a file before they have the entire collection of files designated by the torrent file. Basically, a user can share the pieces they have if they do not have every piece identified by the torrent file.

9. One of the advantages of P2P file sharing is that multiple files may be downloaded at the same time. In addition, a user may download pieces of one file from more than one source computer at a time. For example, a BitTorrent user downloading a movie file may actually receive pieces of the movie from multiple computers. The advantage of this is that it speeds up the time it takes to download the file. It is possible to also download the file or files from only one computer.

10. A P2P file transfer is assisted by reference to an Internet Protocol ("IP") address. This address is unique to a particular computer during an online session. The IP address provides a unique location making it possible for data to be transferred between computers.

## RELEVANT STATUTES

11. Based upon my training, experience, and discussions with federal prosecutors that I have worked with on this and other similar investigations, I have learned that:

a. 18 U.S.C. § 2252(a)(2) and (b)(1) prohibits any person from knowingly receiving or distributing, or attempting or conspiring to receive or distribute, any visual depiction using any means or facility of interstate or foreign commerce, or that has been mailed or shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, or

knowingly reproducing any visual depiction for distribution using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce or through the mails, if the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

**DEFINITIONS**

12. The following definitions apply to this Affidavit:

a. "Child pornography," as defined in 18 U.S.C. § 2256(8), is any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

b. "Internet Protocol address" or "IP address," as used herein, refers to a unique number used by a computer or other digital device to access the Internet. IP addresses can be "dynamic," meaning that the Internet service provider ("ISP") assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be "static" if an ISP assigns a user's computer a particular IP address that is used each time the computer accesses the Internet.

c. "Minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

d. "Sexually explicit conduct," as defined in 18 U.S.C. § 2256(2), means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation;

(d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person.

e. "Visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

## SUMMARY OF PROBABLE CAUSE

13. From on or about October 28, 2024, to on or about November 2, 2024, an FBI online covert employee ("OCE") used a law enforcement tool to review a list of IP addresses that had been recorded recently sharing infohashes containing known or suspected child pornography on the BitTorrent P2P file sharing network. The infohashes are designated as containing known or suspected child pornography based on observations by law enforcement personnel or the infohash has been identified by the National Center for Missing and Exploited Children (NCMEC) as containing an identified victim of child pornography. The law enforcement tool indicated that IP address 108.45.104.181 (hereinafter "SUBJECT IP") was used to share infohashes containing known or suspected child pornography images and videos.

14. On or about October 30, 2024, a member of the Child Exploitation and Human Trafficking Task Force (CEHTTF) served an administrative subpoena to Verizon for the SUBJECT IP. On or about November 13, 2024, Verizon provided responsive records, which indicated the SUBJECT IP was assigned to 5111 Fort Ellsworth Court Alexandria, Virginia 22310 (hereinafter "SUBJECT PREMISES") on July 24, 2023, and was still assigned to the SUBJECT PREMISES through the date of the subpoena, including the dates of the successful downloads detailed above.

15. The subscriber records provided by Verizon also indicated that the SUBJECT IP was assigned to Charlotte Foster at the SUBJECT PREMISES. A review of commercial database information has revealed that Charlotte Foster resides at the SUBJECT PREMISES with her husband, Thomas Foster Jr., and her adult son, Thomas Foster III, who is 30 years old. During the investigation, members of the CEHTTF obtained driver's license information for Charlotte Foster, Thomas Foster Jr., and Thomas Foster III. The SUBJECT PREMISES is listed as the address on the driver's licenses for all of these individuals.

16. On January 31, 2025, the Honorable Lindsey R. Vaala, United States Magistrate Judge in the Eastern District of Virginia, signed a warrant authorizing the search of FOSTER's residence in Alexandria, Virginia (1:25-SW-9).[1] On February 6, 2025, the FBI executed that search warrant. Eight devices were seized during the execution of the search warrant, to include a black HP Omen laptop, identified as Evidence Item 1B3 (hereinafter DEVICE 1).

17. Also on February 6, 2025, your affiant and another FBI Special Agent interviewed Thomas Foster III (hereinafter "FOSTER"). During the interview, FOSTER told investigators that he lived in the basement of the residence, specifically in the room to the right of the stairs. FOSTER advised that he has a laptop, a desktop computer, and a cellular phone. DEVICE 1 was collected from FOSTER's bedroom.

18. Following the execution of this search warrant, members of the FBI Washington Field Office Computer Analysis Response Team (CART) began a forensic exam of DEVICE 1. Members of the CEHTTF and CART reviewed a forensic image of DEVICE 1.

19. Your affiant knows that BitTorrent is a communication protocol that allows users

[1] On February 5, 2025, a special agent on the WFO CEHTTF realized the address listed on Attachment A incorrectly listed the address as 5111 Fort Ellsworth Court McLean, VA 22310. Accordingly, on February 5, 2025, the Honorable Lindsey R. Vaala issued a corrected warrant.

to share files in a decentralized way. To receive and share files, users depend on a BitTorrent client, such as qBittorent. During CART's review, a qBittorrent installation was found on DEVICE 1, and several torrents were found within the qBittorent application. Some of the file names are consistent with child sexual abuse material (CSAM) such as "JulyJailbait Kids porn. Child porn 2023" and "!BOB! Pthc Webcam 2011 14Yo with a family Dog!_01.avi."

20. The qBittorent application logs information such as newly added torrents, timestamps, removed torrents, paused torrents, external IP addresses, and user configurations. The qBittorent log from DEVICE 1 contained a detected IP address of 108.45.104.181, which is the same IP address listed in Paragraph 3, also known as the SUBJECT IP. By default, the qBittorrent application creates a "BT_backup" folder, which acts as a secure archive of the .torrent files. When the user loads a .torrent file into qBittorrent, the client copies it into the "BT_Backup" folder and then renames the file using the torrent's infohash and keeps the .torrent extension.

21. There is a .torrent file located in the qBittorrent 'BT_backup' folder named "aafe88f45de2f325aab5bf5a1038635b5dd135e8.torrent." According to the metadata in the .torrent file, the torrent initiated by the .torrent file is named "all_i2p_pthc" and contains 1,923 files. A review of the BT_Backup folder indicate the .torrent file's created date is October 17, 2024, indicating the torrent download was started on that date.

22. A search of the torrent "all_i2p_pthc" revealed a file named "Amber 7yo Bondage.avi.torrent" and has a size of 2,395 bytes. There is a file named "Amber 7yo Bondage.avi.torrent" located at three different file path locations on DEVICE 1. All three instances have the same file hash, indicating they are the same file. According to the metadata in the .torrent file, the torrent associated with "Amber 7yo Bondage.avi.torrent" is named "Amber

7yo Bondage.avi," contains one file that has the same name as the torrent, and has a size of 9470896 bytes. This is the same file name and size as the file "Amber 7yo Bondage.avi" found on DEVICE 1. Your affiant reviewed the file named "Amber 7yo Bondage.avi.torrent," and the video is described as follows:

a. A one minute and 14-second-long video depicting a nude, prepubescent female whose face is pressed against the couch. She is on her knees with her buttocks raised up, exposing her anus and vagina, and her arms are duct-taped to her ankles. An adult hand is seen rubbing her vagina and her anus.

23. Additionally, there is a .torrent file located in the qBittorrent "BT_backup" folder named "b4afbba723b206082c5628a069e6d05355170f62.torrent." According to the metadata in the .torrent file, the torrent initiated by the .torrent file is named "x" and contains 4,261 files. A review of the BT_Backup folder indicates the .torrent file's created date is October 26, 2024, indicating the torrent download was started on that date.

24. A search of the torrent revealed a file named "VID-20190425-WA0018.mp4," which also had the same name and file size as a file located on DEVICE 1. Your affiant reviewed the file named "VID-20190425-WA0018.mp4," and the video is described as follows:

a. A six minute and 57-second-long video depicting one nude, pubescent female and one nude, prepubescent female. The pubescent female has minimal breast development and no visible pubic hair, and the prepubescent child has no breast development and no pubic hair. The prepubescent child is laying on her back with her legs lifted up toward her chest, and the pubescent female is seen penetrating the child's anus with a purple toy. The child winced and appeared uncomfortable. She then gets onto her knees with her anus and vagina exposed toward the

25. Additionally, there is a .torrent file located in the qBittorrent "BT_backup" folder named "83a5573abe46bac29e96a12177196161bd517c9b.torrent." According to the metadata in the .torrent file, the torrent initiated by the .torrent file is named "res" and contains 16,743 files. A review of the BT_Backup folder indicates the .torrent file's created date is October 17, 2024, indicating the torrent download was started on that date. A search of the torrent revealed several files determined to be CSAM, which also had the same names and file sizes as files located on DEVICE 1. The videos are further described below:

a. VID-20171103-WA0361.mp4: [Omitted: explicit description of child sexual abuse material]

with his penis. She is covering her face with both her hands and appears to be crying. The video continues to show the adult male penetrating the child's vagina for approximately two more minutes.

b. VID-20171104-WA0098.mp4: A 53-second-long video depicting a toddler-age female, who is wearing a pink shirt and is nude from the waist down. An adult male is naked and laying on his back, and he has positioned the toddler on top of himself. He masturbates his penis and then moves her to sit on top of his penis. He then rubs his penis against her vagina and pulls her body down onto his penis, penetrating her vagina with his penis.

c. VID-20171104-WA0103.mp4: A three minute and 59-second-long video with the opening caption reading "Anal latino." The video then cuts to a clip depicting a fully nude, toddler-age female. The female child is sitting on top of a fully nude adult male, who is laying on his back, and she is facing the camera. He then moves her around to face himself, and she is straddling him. The adult male's penis penetrates the anus of the female child, and he is seen touching her buttocks and pulling her body down onto his. The video then cuts to a caption reading, "Anal Tara," with the next clip depicting a prepubescent female child sitting on top of a nude adult male lying on a bed. The adult male's penis penetrates the female child's anus. The video continues for approximately one and half minutes, showing the adult male thrusting violently while his penis is penetrating the child's anus.

d. VID-20160118-WA0061.3gp: A one minute and 53-second-long video depicting an adult male forcefully rubbing his penis against the vagina of a nude, infant

h. VID-20180927-WA0099.mp4: [description of child sexual abuse material omitted]

26. A review of the qBittorrent logs for the date range of January 5, 2025 to February 5, 2025 revealed that all three of the above-referenced torrents, "res," "x," and "all_i2p_pthc," appear in the log on January 5, 2025 in a log entry stating, "Restored Torrent." Your affiant knows that "Restored torrent" means that the torrent was added to the application at some point previously. When a user adds a torrent, the client (qBittorrent) automatically saves a copy in the backup folder. This log entry simply means the application found that saved history upon startup and loaded it back into the program.

27. As of July 2025, a further review of DEVICE 1 revealed more than 92,000 images or videos that were identified as child pornography, child exploitive material, or age questionable material. This content was submitted to the National Center for Missing and Exploited Children

(NCMEC) to be reviewed through the Child Victim Identification Program (CVIP) for comparison to the Child Recognition and Identification System (CRIS). On October 1, 2025, NCMEC responded to the query and advised that 9,441 videos, images, and other file types were identified as belonging to known CSAM series. A total of 485 known CSAM series were identified in the files located on DEVICE 1.

**DEVICE ATTRIBUTION**

28. As described above, FOSTER told investigators that he had a desktop computer, a phone, and a laptop. He provided interviewing agents with the passcode to his phone and laptop as "8733." During the execution of the search, CART agents on scene confirmed that the passcode "8733" unlocked DEVICE 1. Additionally, during the review of DEVICE 1, investigators found evidence that showed FOSTER's use of the device, which is further described below:

29. On September 27, 2024, qBittorrent version 4.6.7 was installed. qBittorrent was subsequently updated on October 19, 2024 to qBittorrent 5.0.0.

30. On December 5, 2024, the following notable activity was observed on DEVICE 1:

a. At 8:34 AM, a file with the name "Pthc new 2014-TAMARA 10yo_WMV V9.mp4" was opened through File Explorer.

b. At 9:14 AM, a torrent with the name "[pervertor.info] - preteen chubby girl - amateur sex with dog" was downloaded.

c. At 12:42 PM, Firefox was used to access the email inbox for the email address "tfoster@westminstesrschool.com."

d. At 1:41 PM, the faculty page for the website "westminsterschoolva.myschoolapp.com" was visited.

31. On January 15, 2025, the following notable activity was observed on DEVICE 1:

a. Between 8:22 AM to 8:45:08 AM, files with names consistent with CSAM were opened through File Explorer.

b. Between 12:29 AM through 2:37 PM, Google Chrome was used to access the email inbox for the email account '"foster@westminsterschool.com," Blackbaud, and "westminsterschoolva.myschoolapp.com."

c. At 10:37 PM, a torrent with the name "Unsorted Videos 5" was downloaded.

d. Between 10:51 PM through 10:57 PM, files with names consistent with CSAM were opened through File Explorer.

32. On February 5, 2025, the following notable activity was observed on DEVICE 1:

a. 7:28:47 – 7:33:22 AM – Files with names consistent with CSAM were opened through File Explorer.

b. 7:35:25 AM – A torrent with the name "PTHC 2016" was downloaded.

c. 7:40:01 – 7:56:52 AM – Files with names consistent with CSAM were opened through File Explorer.

d. 7:57:28 AM – qBittorrent was launched.

e. 7:57:43 and 7:57:57 AM – Files with names consistent with CSAM were opened through File Explorer.

f. 7:57:59 AM – A torrent with the name "7a6c50a2291df9022ac3164f3d72b213.mp4" was downloaded.

g. 8:07:48 AM – qBittorrent was launched.

h. 8:13:48 and 8:14:02 AM – A browser was used to visit sites with titles related to BitTorrent.

i. 11:54:17 AM – 2:54:17 PM – Google Chrome was used to access the email inbox for the email account "tfoster@westminsterschool.com" and "Westminster School – Calendar."

j. 7:01:50 – 7:17:13 PM – Files with names consistent with CSAM were opened through File Explorer.

k. 7:19:34 PM and 7:22:04 PM– qBittorrrent was launched.

l. 7:22:14 – 7:23:27 PM – Files with names consistent with CSAM were opened through File Explorer.

m. 7:23:39 AM – A torrent with the name "(MyLola)_Marina2_-_Fingering_Herself.avi" was downloaded.

[This space intentionally left blank.]

## CONCLUSION

33. For the reasons set forth above, I submit that probable cause exists to believe that between on or about at least on or about October 17, 2024, and on or about October 26, 2024, while residing in the Eastern District of Virginia, FOSTER knowingly received and attempted to receive material involving the sexual exploitation of minors via an internet-based peer to peer program operating on the BitTorrent file sharing system. I respectfully request that a criminal complaint be issued for FOSTER.

Respectfully submitted,

Kelly McLeod

Kelly McLeod, Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on July 8, 2026.

The Honorable William B. Porter
United States Magistrate Judge